

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Michael Shane Bohannon,
Appellant

No. 06-21-00001-CR

Appeal from the 54th District Court of
McLennan County, Texas (Tr. Ct. No.
2020-3879-2).    Memorandum Opinion
delivered by Justice Burgess, Chief Justice
Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Michael Shane Bohannon, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 23, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk